Case 11-02358    Filed 08/12/11    Doc 22

2011-02358
FILED
August 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003689319

Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorney for August B. Landis,
   Acting United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Melvin Strong,

                Debtor.
_____/

United States Trustee,

                Plaintiff,

v.

Melvin Strong,

                Defendant.
_____/

Case No.   11-31157-B-13

Adv. No.   11-02358-B

DC No.     UST-1
Date:      August 9, 2011
Time:      9:32 a.m.
Place:     Courtroom 32, 6th Floor
           501 I Street
           Sacramento, CA 95814

**JUDGMENT**

As further detailed in this Court's final ruling, a three-year filing bar is needed to deter defendant debtor from engaging in further abusive filings. Accordingly, it is

ADJUDGED AND DECREED THAT the defendant debtor Melvin Strong (the "Debtor") is prohibited for a period of three years from the date of entry of judgment in this adversary proceeding from filing, singly or jointly, any bankruptcy case in any district without first obtaining permission from the bankruptcy court for the district in which the case would be filed.

Dated: August 12, 2011

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

REC
August 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003689319